**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| KEVIN FRANCIS VIG, ) | No. ED CV 13-410-PLA |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| Defendant. ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social

Security Administration, is affirmed consistent with the Memorandum Opinion.

DATED: October 23, 2013

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE